UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PADEN EL BEY: TIFFANY,<br><br>    Plaintiff<br><br>v.<br><br>CANNON A. DOUGLAS, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00388-APG-EJY<br><br>**Order Dismissing Case**<br><br>[ECF No. 5] |

On May 9, 2023, Magistrate Judge Elayna Youchah recommended that I dismiss this case without prejudice because the plaintiff did not fill out the approved long form application to proceed in forma pauperis. ECF No. 5.  The plaintiff did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 5) is accepted**, and the plaintiff's complaint **(ECF No. 1-2) is dismissed without prejudice**.  The clerk of court is instructed to close this case.

DATED this 10th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE